SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED   ☐ LODGED
**Sep 12 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 22-01738MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/02/2022 | 06/02/2022 | SW served via Google LEO Portal |

**INVENTORY MADE IN THE PRESENCE OF**
N/A

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Numerous electronic files provided by Google Inc., totalling approximately 16GB of data.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/12/2022

*Charles Rowland*
Executing Officer's Signature

*Charles Rowland, Senior Inspector*
Printed Name and Title



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

June 27, 2022

Agent Charles Rowland
U.S. Marshals Service
401 W. Washington St. #270
Phoenix, AZ 85003

**Re: Search Warrant dated May 31, 2022 (Google Ref. No. 19442993)**
*22-01738MB*

Dear Agent Rowland:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s) associated with the YouTube identifier(s), *www.youtube.com/channel/UC3o2apHNq8b5JAZYV3GoEtA*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, and Billing information for Payments made to Google, if requested in your legal process. If you wish to obtain stored value accounts and events, or additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

Regards,

Shelby Smith
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with YouTube identifier(s), *www.youtube.com/channel/UC3o2apHNq8b5JAZYV3GoEtA,* with Google Ref. No. 19442993 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_Shelby Smith_____          Date: June 27, 2022
(Signature of Records Custodian)


    Shelby Smith
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 19442993)**

lennykoss.Gmail.Contacts.Preserved.vcf:

MD5- ba02d84ad4bc6ad5410dd7229b2e7b0e
SHA512- 7d6b04f9dac1e90c5d7fa54142525620135bb90856cd996e538d971bfe47f2c0ab8e91d0761f6e38aa870249bb82db878b8dd975223968162a0ff78d523bf526

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.AccessLogActivity.Activity_001.001.zip:

MD5- 4f194dc8347cc11feb57e473cecf46b4
SHA512- 103457c4b819d8e520c1a07ba48b961a7256f27fd89bcb799c82dfebdab314f68929c9d819f564ccc67de9124892659e1aac92a21ec9c773248fe6148f21ee60

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.AccessLogActivity.AggregatedActivities_001.zip:

MD5- d6fbafad007a68147b0dcd11d8bb6679
SHA512- 599812b58b66b32caa4ec83c10f4786bb8356b8ee03154f028f2e9caf43575fb7561a7d0670361e6e2cd2cc3236c035bbf5bbeee9927ebdd8fc11af99c9b1153

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.AccessLogActivity.Devices_001.001.zip:

MD5- 0eca1a751d2b043bd94449587dede4a7
SHA512- 213639744000e4f454776ebd5c8f6c8f7f12c28f664b34482f60b6ffae2adc1b3c6aceaf13c77c7bce382f8a6ce339266c8cad8924422d346b9a9e445c6d0ac4

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Drive.DriveFiles_001.zip:

MD5- 6a1f8e5ab3a249382c11d0e2181a591e
SHA512- 9f0a2bb82b6e42057322f7d4d8f405a4a1ddeb77c4d6369c91d620728043a02a044bad50d722348039b7a6432ba0405bb695b19aed53f90fdecc4fcd0159fee6

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.DriveMobileBackups.Backup_001.zip:

MD5- 92af8f82736c4e005660f8fcf20722ba
SHA512- f13744ea498b4d820446d3d0ac0c1700ae70db1cea74eedb3f6647d4121e1eda99bab42997c2a8476



a867c9ba567e27bc741b5a7b975bcc60d5624e1f0571036

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GoogleAccount.SubscriberInfo_001.001.zip:

MD5- a676dd229794e1a63eef5d77d1522461
SHA512- 40974e57db41a3654c475dde647330dba005645347f6917a5a5bca854859326066a24301bc43a21f0015e5746170c823481e2b2f6c56847a6fd6060ea8ccc726

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GoogleChat.GroupInfo_001.001.zip:

MD5- ef3655671dfb149af5a81e03b04632dc
SHA512- 82c8ecc6674bf085057dde8651893b7ec8a5430f081d4009af83e270233b23646eb1b3ccde6d934f2c72877bb82c808735db53361048b6e4fb1ba4ac38737003

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GoogleChat.GroupTasks_001.001.zip:

MD5- f4cea9b79acd6dd541dc5570ef2c35ad
SHA512- 931073a9c744387bc3bce787219ca38a5105cdbf1382fd5e71d65180b3dc17c97c2194fcd1043a398ab78607cbe0d47293d16db3ae0c4e225d578304a3c31b91

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GoogleChat.Messages_001.001.zip:

MD5- 02bbc55dd2eaaa7746ab012be3ba9f3f
SHA512- c52df95b8c9e6a47fe65c8162fc92b29975b6c5dbddd83a21f0e47dcfb881234458686e549c773e1e58e6afe42e7cdec74ee3c01df51776967e98c3b6f6fd66d

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GoogleChat.UserInfo_001.001.zip:

MD5- e5c8b3df88bddab895512f68db927df5
SHA512- 9c4dd18d5d96f2dac8089f8be12d4f11d31c365a941464eef9f093d664fd820759589b2fb3778a0b04a7466426f78bd310ee0ac1fdfeb9ec16dd0dfd35a6b436

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 87cf4b73488d46309ae5a27a6e4ea09f
SHA512- e022302750592bd5ac57ea6cd631b0bddc46ac66b3cb43994d588179127f203c0b6311d8d6f5761fcefdf1a1a1c043228088a55ddfec6835e3ba8b85469e3907



Google LLC
1600 Amphitheatre Parkway
USLawEnforcement@google.com
Mountain View, California 94043

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GooglePhotos.PhotoResourceLegal_002.zip:

MD5- ad2a94a275c3cf0c5db5fccbfafd3840
SHA512- dc5ffaca679f9c48a4f62993901049da8cebf01f9482b0f8e09d128f47f8655f78426f8a919f83793e4adacfe512aafbd9ca4d44e68517077e590d70f166b538

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GooglePhotos.PhotoSubscriptionAndOrders_001.Preserved.zip:

MD5- 23c529ae76aa83c9f362e8823e8c3f43
SHA512- 318dfef06c6ddec554659ef4c382a9d9edeb6601b36dfe225c770f1256e91de34c78278d6241c4a4198950d7f4df715ed924bfd53bb6b8b6eff19687c632b90a

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.GooglePhotos.PhotoSubscriptionAndOrders_001.zip:

MD5- 7acbc7c1400f32242d156f4effcb9e07
SHA512- 396ec5a60a97d827885792609fd243fc1bc2cf688aad7ac967bfc8a7f9d16d0ebb486abd0e11e52433c53cb2fd990803652f4883ad1e7b16f68d81625b8462b2

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Hangouts.ContentAndMetadata_001.zip:

MD5- 4208238e040d23c554b056a072c44722
SHA512- ac988683f8c1682fe7c8e6272f0e34ca12f268e787ee9e381c694008f7be1fc9094907a4881bde1f5aeed780d4a8ffd2870a97404662be00f2bb4c8f44f37e79

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.LocationHistory.Records_001.zip:

MD5- 7a118f30e8bbe023e0318efed9f93019
SHA512- f8ed5d49aa2cf9d8c94ea8e00afb6179bf54a22de8d01664c1d3406840fa0d9c86812ef55d376746188cb0f0fcfcc2d2ebdb8b391d5a9c7e2f516ea016e508c6

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.LocationHistory.SemanticLocationHistory_001.zip:

MD5- d37cb67b3970d21ebe5e92818793f9dc
SHA512- cd2df4887d7e10de2f6bd67fa779e6b417a1bf8b5c8c22ffaee8a1c4e7b3eeab8683a9f3fe6a6d6a86daba8e99726e0e84dbcfc213db0bb61a70860f7055f54a



Google LLC
1600 Amphitheatre Parkway
USLawEnforcement@google.com
Mountain View, California 94043

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.LocationHistory.Tombstones_001.zip:

MD5- aacef063a1f18356a88f835d24e9e2ee
SHA512-
7174e85229467a5ebcbf039436c0de73a02a0ae71e6c7f2301cdd910dec07f4f15fdfcec3146c3b5bbc4d26c1d97a73a7aaee7c9e6c39c5deefe0558de5dfc89

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Mail.MessageContent_001.zip:

MD5- b0f3931c9430b6f1e6075607d8ace9c2
SHA512-
66de083e48401c667ac59529457da9d4c24f6cb25f4c002af5be4e009e20b3b19e6e4a8fd7192e8cb221194f113dc42ff4133e68ab9cc37dfebc70fabf8fe546

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Mail.MessageInformation_001.zip:

MD5- 812635b2b44a10ed1c976c1a506ed877
SHA512-
476ca81ddde05eb063296b2dcf686dcd18d4ec9b4406916956be779d263754646b2affe7891f3c2be6a93c3b99e0de3ef8dbdb2e43726d7f5e61d79746bab7a6

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- cfac5b8e7c77e6f33247c79cfddfce1c
SHA512-
83df0489b1d05be53ac220152050da72b5beb6821b02c6bde2e737e0e2c6ebfb70f02885656f4eacfaaf73522bfecbc8fd26aaa752bc729ae76ad1f59779a80a

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 1c70ebd2c1a214939204671399b61c83
SHA512-
bb200b86dc1cfa42cf86fc519383305d36827f59ec5d9ae75de8b77a3e48509be9eb0f6e36dcc07c45f2176e2f374522f1d53dfae6baee8541354220ba87e256

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.AccessLogActivity.Devices_001.zip:

MD5- 6370e9dfaebf2be1a14bebc3ce34c4ce
SHA512-
84fbd942bf9f80772026e410d92d7e2db471c66d73ced4e628735ff5d2704f7938eb078f18c943fe4a334f478808c2bbdfeb02220c4a95c708f4ce09c7b1287e



www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.Drive.DriveFiles_001.zip:

MD5- 37785d8567611693fcebbe82c345cad9
SHA512- 81061c57d20099012d7356f7efd5c95ef5e43c06359495c9ce756ebfec3a3f48e9a56d1c839b2fefa72ed1498898541001ee714170d1b6db6f0d3826bcade55b

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.DriveMobileBackups.Backup_001.zip:

MD5- c6c9a8593150edf1d336a1d3d6de3759
SHA512- b72116813ae917125ce498c6c91b58581c182e7ee667f81d8dd36569772df399166c92318598cd767f9bf870ed831bdb1d2f1b3b3b54cdeffc3a93c48ae69911

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- d4de617a0a5ce3924a6fd3051cff548c
SHA512- 0a8111cde6f2e85dac01753b1ca3d509c758c70f3f9801f9d52438d567007f4ef52518a7af9716964acf708e4bcaa818b41c9d4d42697f92e7a12d981bfec311

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GoogleChat.GroupInfo_001.zip:

MD5- 057aa459e56ffd9e3123929ff4828383
SHA512- 2d5f9752742bf0fa0a6852c9f2f87172f786cf35c1d8e733b611c7eac4020998cf5a3d2a8b1f699de50067c2975ebf8fba509f70b96be5e4b8cc1af7ecf7ecd2

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GoogleChat.Messages_001.zip:

MD5- 209fddaf7e4d02a7421f7e74371cd875
SHA512- 890d0b8bf1f8d2103b4dc9c1937015813f61747af44e1bd476bc411fbd2a3e68067624417857276e6ca11d523f46b552d3d2da9fb348ebfa3acb65487a209d4f

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 0145ac39b971d0da20e0f525e01b3959
SHA512- 7fde120ef2473a25ab6c5ff549df486ceb758e7b3cc2b6affef227c471c8387d44e4f266648da222ca8



Google LLC
1600 Amphitheatre Parkway
USLawEnforcement@google.com
Mountain View, California 94043

f2189a6a4fecd99d37a823c6372a1c39ffb8715283af9

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 65c45be0b1d532f9c555f4d0cbada665
SHA512- b0ef1f8e95db7721b95c214b665c2fd97b5988a85ea5f68c783c31283428b129abc685c72db1de3496277ec96bd147aa2e060e222ec8f30a1314c3c789224daa

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.GooglePhotos.PhotoResourceLegal_002.zip:

MD5- 6fb6f5d1fbbd19fe6c8dd5b5b18aa2a3
SHA512- e7ae9eedf3b4b36288a9a874c40cce5f17837c5649d8f8fbbde62a1939c48a78db906c963636054958b6296879f927951ccdf2a19776ff8bfa9bfda171d686c9

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.Hangouts.ContentAndMetadata_001.zip:

MD5- 22243f3be0224e6c8a9d0cfd2eea9332
SHA512- 3d9f69c1b43847e65c5a4ac79d957c1abfd41ea24e17605861e8db5200e9af206c60b49972b8be4fad8f9aa596583037bb4c11dbd34fce237a6c78a2f2fbe04a

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.Mail.MessageContent_001.zip:

MD5- fc18a05ccac766b9bc37c488a6e5c829
SHA512- acfd50c9f26f1e72f95aa8e52a4f5feb7b4b21c3e055569ab127cd968edb47c95368d7c8de53e34e4bdd9fb5be96fc4757fe03db6d0bb6c6dd908b7ff4c3c972

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.Mail.MessageInformation_001.zip:

MD5- 840106dc023f7abf803f77a566884da4
SHA512- 6c450b0e4822e9cf22f74c91e0f08187f578693b370dbf089bcd701ea8220fc350df7b793301e7398f870c9498b4d9f692d211311377c68c4f7a403fb6322c1ff

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.YoutubeAndYoutubeMusic.Channels_001.zip:

MD5- b6401db3176259faa5429fe472d776ab



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512- b85a53f78cf3db57007b8b388275c9c266bf90c8ebfe6927e3ec72f9bc973f4d02a2773f1090cd3d5191dd04c209292495ca9b8efdf0644f39ea51fce88f0d0d

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.YoutubeAndYoutubeMusic.CommentsMadeByUser_001.zip:

MD5- fa5ff8f766bfe5253a32859c1998d24c
SHA512- 6a16774c23bd77d58e7eeb33616affe345caa7d86c2a3aef1d5849a5826b71d10f4ce671f42750aa271d81f1fc333c56c15838f972e26a7e28700b7040bee81e

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.YoutubeAndYoutubeMusic.Uploads_001.zip:

MD5- b3005869f68e063a0155c37d1930f5f8
SHA512- f07f4aa781861aa586a72968b4ee31c5f5ea5d8cf6b244df6f9212d7f3788d0f5b95dd96a87702b94bcaa29358e293c4df56d56f8e86059c2e49003532e38d36

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.YoutubeAndYoutubeMusic.Uploads_002.zip:

MD5- 1e3fe52d833a56a0e48315e73b909806
SHA512- 09214b335d047c11cb59a4474186f454f0da2cb243dcddce620bbb7213b6e7e8d115874db5ef92b22dbd0d0c34cb2b27631dab0561abb0508487bda2cdb4b490

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_001.YoutubeAndYoutubeMusic.UserSettings_001.zip:

MD5- ff3ff736f4eb59a48d1021aeec37660f
SHA512- 3d48f55feb8a3422bf3b7b99abda916e2088a345ac53db44e75b841ad26fc3e29235abd1ac6c1c6ad4d9e66129c862a77041e6236b9df0954868140e1cd28a9f

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_002.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 2f0e6ad3f2578ef873aa50d088a0eef2
SHA512- f800f200311f01f46758d7c423d28c09070491115805dceb9d8bf811755ca8ad413b049fa1ac8765fe4a0bed7dc786a7c31317ee2d58d217a2635006a8d820be

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_002.GooglePhotos.PhotoResourceLegal_002.zip:



MD5- 387d5f2966cba74838dde5419eb1c5ff
SHA512-
620a66d5390a5090fe1bdf386a605b89b105aae1d9248915ca3c419b8d3b7c494ba58427cdd2adcb
2ff270f28fa9a275355326af5ee1f24e1ec89b27e24d39a7

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_002.YoutubeAndYoutubeM
usic.Uploads_001.zip:

MD5- 8088e5af74cd1efa9ce2b4322589f312
SHA512-
71b7510fb41c6ddaee52ba06f32401e0abff03d14cbb75f70337ad70eefa5daae9c60e39cc61c5ce690
62f5b86c3d9c4d183d9979d2882be59d5b72f7a24dda2

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.Preserved_002.YoutubeAndYoutubeM
usic.Uploads_002.zip:

MD5- 9d4a2bb81a52bda2f04f5bb2259a1b7b
SHA512-
f211e32653dd513ce271700063e78556d4ea626b06e8d84b89c33f7a052c3a5430f2ecd8b6d43370d
a5d7569bc11311f6c38502a8b7b8c39de8c6ec82789185a

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.BasicSubs
criberInfo_001.001.zip:

MD5- f0b1136f2d2b6bdb3e24d1840a87b688
SHA512-
1c68cdcb01d4c095155d6687b17945e2c5deae9b1fcee77c73d6d6a39b8b4e0f8ba3d4aa267f0136f
60629cfa6964c65f558686d9e155f2dcd509ac09b10d4eb

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.BasicSubs
criberInfo_001.Preserved.zip:

MD5- 057094673eae44c2ad2425e456b71a5f
SHA512-
1441a4fb21a8210694a1ec57ca96d83a4750a4573763e7004e37e0d0a09fe5a33d0733575cfbd5aa1
8df2698dfbf168aa718e9dfc0bd2f4286930eb1d7a3fe7c

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.Channels_
001.zip:

MD5- a9766c977a0e74e5621216ae3fedc517
SHA512-
c45a329da442df4a967e5047982bc596f841f21764b3639c9ff3e48a5ab411125a7c0e0559c2a0daf0
b1968f7862e25503359067a602ec0168c2dabee23484e0



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.CommentsMadeByUser_001.zip:

MD5- 92b582e54f5cff6a900d70bdd6ed921b
SHA512- 9569efb69e26f1cce4cb95c091dc735918cd363d71d4dbf60b5071bdabecf7ccd8518c0372a0e104d0c83060cf2f1b585aea0d4e085a8818409481bf87e7d8a9

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.Subscriptions_001.zip:

MD5- 1538327a4e65702eab9915d4664059a3
SHA512- 137e7e9c0dbc3a444353629352c9ac1a347d7ed83db7b48704cb77a3c69e807416f5d8c1b8eb8bc67688349b738f0598d476f4309fc52df931bfded4041279e4

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.Uploads_001.zip:

MD5- e3caac5031d1ed2abf74cf50fcb64284
SHA512- 03627d540b23b480404b6857316dd479ea96353da69dc84c337ce7b3b5c091bf1dbd719d228564ad945b832deb68f261f2ffd816a8b2a97da3a98ce678d0df31

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.Uploads_002.zip:

MD5- 4c833842a3655107e8e8542ab178d859
SHA512- 5cec7e7330af04871c5ace1dcf1b50ebfcc8ce8c333de4947efc67e214797e35df7da645963e94a94dcd7f59dc3d6ea47f0938fd4ad5663ffa910b19723b0db1

www.youtube.com...q8b5JAZYV3GoEtA.124307708280.YoutubeAndYoutubeMusic.UserSettings_001.zip:

MD5- cea4ff78d7629d5ab97c636a040ce057
SHA512- 3a517aa9b43afbda26adb591284b2968bb874ec6f7facfbe693dd0d8c15c90a9b3596f85861f1101fdbf039cdf9f043bac562a304b28bb510fffa9e684081c7b